UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CRISTINA MELENDEZ, et al.,

                              Plaintiffs,

        -v-                                                    CIVIL ACTION NO. 23 Civ. 4917 (JPO) (SLC)

ETHICAL CULTURE FIELDSTON SCHOOL, et al.,                              **ORDER**

                              Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion at the in-person conference held today, April 9, 2026, the Court

ORDERS as follows:

1. By **Thursday, April 16, 2026**, Plaintiffs shall file their motion for an infant compromise

   order (the "ICO Motion");

2. By **Friday, April 24, 2026**, the Cochran Firm shall file its motion to enforce a charging lien

   (the "Charging Lien Motion");

3. By **Friday, May 1, 2026**, Plaintiffs shall file their opposition to the Charging Lien Motion;

4. By **Friday, May 1, 2026,** Defendants shall file their statement of position as to the ICO

   Motion and the Charging Lien Motion; and

5. By **Friday, May 8, 2026**, the Cochran Firm shall file any reply to the Charging Lien Motion.

Dated:        New York, New York
              April 9, 2026

                                                  SO ORDERED.

                                                  _____
                                                  SARAH L. CAVE
                                                  **United States Magistrate Judge**