UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CRISTINA MELENDEZ, *et al.*,
Plaintiffs,

-v-

ETHICAL CULTURE FIELDSTON SCHOOL, *et al.*,
Defendants.

23-CV-4917 (JPO)

ORDER ADOPTING REPORT AND RECOMMENDATION

J. PAUL OETKEN, District Judge:

Plaintiff Cristina Melendez and her daughters Y.A. and Y.S. (together, "Plaintiffs") assert claims of discrimination and retaliation against Ethical Culture Fieldston School ("ECFS") and four of its employees (together, "Defendants"). (*See generally* ECF No. 4.) On September 14, 2026, Magistrate Judge Sarah L. Cave issued a Report and Recommendation (the "Report") that this Court (1) grant Plaintiffs' motion for an infant compromise order and approve the parties' proposed settlement; (2) award [redacted] in legal fees to Plaintiffs' counsel Nathaniel B. Smith; and (3) grant a charging lien to Plaintiffs' former counsel, The Cochran Firm ("TCF"), in the amount of $57,027.50. (*See generally* ECF No. 101.) The Court has reviewed the Report.

No party filed a timely objection to the Report; therefore, the Court reviews it for clear error. *See* Fed. R. Civ. P. 72(b), Advisory Committee's Notes (1983) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *see also Borcsok v. Early*, 299 F. App'x 76, 77 (2d Cir. 2008) (summary order). Magistrate Judge Cave's well-reasoned Report presents no such errors and is therefore fully adopted by this Court.[1]

[1] The Report reduces both the legal fees awarded to Smith and the quantum of the charging lien granted to TCF. (*See* ECF No. 101 at 12-14, 19-22.) The Report recommends that

Accordingly, Plaintiffs' motion for an infant compromise order is GRANTED, and the parties' proposed settlement is APPROVED. Smith is awarded [redacted] in legal fees. Additionally, TCF's motion to enforce a charging lien is GRANTED in part and DENIED in part, and TCF is awarded a charging lien against the settlement in the amount of $57,027.50. The Court shall retain jurisdiction over this action to enforce the parties' settlement agreement.

The Clerk of Court is directed to close the motions at ECF Nos. 78, 80, and 84, and to close this case.

SO ORDERED.

Dated: October 14, 2026
New York, New York

J. PAUL OETKEN
United States District Judge

---

the Court allocate the difference between the requested fees and the awarded fees (or, in the case of TCF, the requested amount of the charging lien and the awarded amount of the charging lien) to Plaintiffs. (*Id.* at 14, 22.) For the avoidance of doubt, the Court also adopts the Report's allocation of the delta between counsel's sought fees and counsel's awarded fees to Plaintiffs.